AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC -4 PM 3: 12

CLERK

BY ____LAW____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
)
54 Spruce St., Apartment 6, Burlington, VT  )   2:20-mj-143-1
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

located in the _____ District of ____Vermont____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2); | Receipt of child pornography, possession of and access with intent to view child |
| 18 U.S.C. § 2252A(b)(1); | pornography, and attempt and conspiracy to commit those crimes. |
| 18 U.S.C. § 2252A(a)(5)(B); | |
| 18 U.S.C. § 2252A(b)(2) | |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Seth Fiore, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____12/04/2020____

_____
*Judge's signature*

City and state: Burlington, VT

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*