## ATTACHMENT A

The property to be searched is 54 Spruce St., Apt. 6, Burlington, Vermont, the TARGET PREMISES. The TARGET PREMISES is an apartment within a multi-level, multi-family dwelling. The building is painted white with red trim, with a main entryway on Spruce St. accessed by red doors. A black "54" over white is located aside from the red doors at the main entryway. Inside, apartments are identified by numbers affixed to or around doors. On the third floor, a black "6" is affixed to an apartment door.





