UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC -4 PM 3: 12

CLERK

BY_____(tw)_____
DEPUTY CLERK

IN THE MATTER OF THE SEARCH OF
54 SPRUCE ST., APT. 6, BURLINGTON, VT

Case No. 2:20-mj-143-1
**Filed Under Seal**

## MOTION TO SEAL SEARCH WARRANT AFTER EXECUTION

On December 4, 2020, the Government applied for a warrant to search 54 Spruce Street, Apartment 6, Burlington, Vermont.

The Government moves this Court to seal this motion, the docket sheet, the Application and Affidavit for the above Search Warrant, and the Search Warrant until further notice of the Court, except insofar as needed to effectuate service of the search warrant. Unsealing would seriously jeopardize the investigation. Specifically, this investigation involves access to a hidden website involved in the distribution of child pornography. Many of the targets of the investigation are computer savvy, and could be alerted to the investigation, including being prompted to change their behaviors, if the warrant were unsealed. When sealing is no longer necessary to ensure the investigation's integrity because targets have been arrested or the investigation has been closed, the government will move to unseal the search warrant and related documents and docket entries.

Dated at Burlington, in the District of Vermont, December 4, 2020.

Respectfully submitted,

CHRISTINA E. NOLAN
United States Attorney

By: *[signature]*
EUGENIA A.P. COWLES
Chief, Criminal Division
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
eugenia.cowles@usdoj.gov