U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2020 DEC -4 PM 3: 12

CLERK

BY ____Ltw____
DEPUTY CLERK

IN THE MATTER OF THE SEARCH OF
54 SPRUCE ST., APT. 6, BURLINGTON, VT

Case No. 2:20-mj-143-1
**Filed Under Seal**

## ORDER

This matter having been presented to the Court by the Government, and the Court having considered the motion, the Court finds that sealing is necessary to protect the integrity of an ongoing investigation. The Court finds that, at this time, those interests substantially outweigh the public interest in right of access. Accordingly it is hereby

ORDERED, that the Motion to Seal Documents, U.S. District Court's docket sheet, Application and Affidavit for Search Warrant, Search Warrant and this Order are hereby sealed until further order of the Court. When sealing is no longer necessary to ensure the investigation's integrity because targets have been arrested or the investigation has been closed, the government shall move to unseal the search warrant, related documents and docket entries.

Dated at Burlington, in the District of Vermont, this 4th day of December, 2020.

JOHN M. CONROY
United States Magistrate Judge