UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>54 SPRUCE ST., APT. 6, BURLINGTON, VT | Case No. 2:20-mj-143 |

## MOTION TO UNSEAL SEARCH WARRANT AFTER EXECUTION

On December 4, 2020, the Government applied for a warrant to search 54 Spruce Street, Apartment 6, Burlington, Vermont. The search warrant was executed on December 7, 2020. All individuals at the residence are now aware of the investigation. Because the residents of the address are now aware of the investigation in this case, there is no further purpose for sealing. The government therefore asks this Court to unseal the Search and related documents and docket entries.

Dated at Burlington, in the District of Vermont, December 8, 2020.

Respectfully submitted,

CHRISTINA E. NOLAN
United States Attorney

By:  *Eugenia A. P. Cowles*
EUGENIA A.P. COWLES
Chief, Criminal Division
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
eugenia.cowles@usdoj.gov